IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-00816-WDM-BNB

E.I. DU PONT DE NEMOURS AND COMPANY,

      Plaintiff,

v.

MACDERMID, INC. And
MACDERMID PRINTING SOLUTIONS, LLC.

      Defendants.
_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

      The following minute order is entered by Judge Walker D. Miller:

      Dupont's motion to set briefing schedule and hearing date is denied without prejudice.  Plaintiff may reapply once the other side is represented by counsel.

Dated:  May 4, 2006

                             s/ Jane Trexler, Secretary/Deputy Clerk