IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-00816-WDM-BNB

E.I. DU PONT DE NEMOURS AND COMPANY,

    Plaintiff,

v.

MACDERMID, INC., and
MACDERMID PRINTING SOLUTIONS, L.L.C.,

    Defendants.

## ORDER OF TRANSFER

Miller, J.

This matter is before me on the parties' joint motion to transfer, filed July 12, 2006. Having reviewed of the parties' filings, I agree that transfer is warranted under the facts and circumstances of this case.

Accordingly, it is ordered:

1. The motion to transfer, filed July 12, 2006 (Docket No. 28) is granted.

2. All other pending motions are denied without prejudice to refiling if proper in the new venue.

3. This case shall be transferred to the United States District Court for the District of New Jersey.

DATED at Denver, Colorado, on July 14, 2006.

                        BY THE COURT:

                        s/ Walker D. Miller
                        United States District Judge